# EXHIBIT "A"

# BIOGRAPHY

Stanley Kauffmann was born in New York City on April 24, 1916, and was graduated from the College of Fine Arts of New York University in 1935. He spent ten years, from 1931 to 1941, as an actor and stage manager with the Washington Square Players and published a large number of short as well as long plays. He was also the author of seven novels, published in the United States and abroad, and two collections of memoirs; for Bantam, Ballantine, and Knopf, he worked as a book publisher's editor from 1949 to 1960. From 1967 to 1986, Kauffmann taught drama and film at Yale University; between the years 1973 and 2006, he also taught at The City University of New York, Hunter College, and Adelphi University.

Starting in 1958, Kauffmann became active in criticism. At that time he was appointed the film critic of *The New Republic*, with which magazine he was associated ever since, except for an eight-month period in 1966 when he was exclusively the theater critic of *The New York Times*. In addition to his film reviews, he wrote a large number of book reviews for *The New Republic*; from 1969 to 1979 he served as both film and theater critic for this magazine; and earlier, from 1963 to 1965, Kauffmann also served as the drama critic for the Public Broadcasting television station in New York, WNET. He continued as film critic for *The New Republic* but wrote theater criticism for the *Saturday Review* for five years, from 1979 to 1985. He contributed reviews and articles to many other journals, as well—among them *Horizon*, *Commentary*, *Salmagundi*, *Yale Review*, *Kenyon Review*, *Theater*, and *The American Scholar*.

Kauffmann published eight collections of film criticism in his lifetime: *A World on Film* (1966), *Figures of Light* (1971), *Living Images* (1975), *Before My Eyes* (1980), *Field of View* (1986), *Distinguishing Features* (1994), *Regarding Film* (2001), and *Ten Great Films* (2012). He was the editor of the anthology *American Film Criticism: From the Beginnings to Citizen Kane* (1972). He also published three collections of theater criticism, *Persons of the Drama* (1976), *Theater Criticisms* (1983), and *About the Theater* (2010), together with two collections of interviews: *Conversations with Stanley Kauffmann* (2003) and *Film Critic Talks: Interviews with Stanley Kauffmann, 1972–2012* (2013).

In 1974 Kauffmann was given the George Jean Nathan Award for Dramatic Criticism; from 1972 to 1976 he was a member of the Theater-and-Film Advisory Panel of the National Endowment for the Arts; in 1969 and 1975 he was a juror for the National Book Awards; and in 1982 he received the George Polk Award for Film Criticism as well as the

Edwin Booth Award in 1986, in addition to the 1986 Birmingham Film Festival Prize for Lifetime Achievement and the 1999 Telluride Film Festival Award for Criticism. A former Ford Foundation (1964, 1971), Rockefeller (1978), Guggenheim (1979–80), Japan Foundation (1986), and New York Institute for the Humanities (1995) fellow, Kauffmann received an Emmy award for the first-ever television series about film, which he conducted for five years in the 1960s on WNET-TV, the New York PBS station. He also received, in 1995, the Outstanding Teacher Award from the Association for Theater in Higher Education.

    Pre-deceased in 2012 by his wife since 1943, Laura Cohen Kauffmann, Stanley Kauffmann died in New York City on October 9, 2013, at the age of ninety-seven.