HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
(212) 513-3200 (telephone)
(212) 385-9010 (facsimile)

*Attorneys for Defendant,*
*Rochester Institute of Technology*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ESTATE OF STANLEY KAUFFMANN,<br><br>                    Plaintiff,<br><br>         -against-<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>                    Defendant. | 1:16-cv-02509-NRB<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER RULE 12(b)(3), OR IN THE ALTERNATIVE TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)** |

**TO:**   Kenneth P. Norwick, Esq.
         Norwick, Schad & Goering
         110 East 59th Street
         New York, NY 10022

**COUNSEL:**

PLEASE TAKE NOTICE that defendant Rochester Institute of Technology moves pursuant to Federal Rule of Civil Procedure 12(b)(3) to dismiss this case for improper venue, or in the alternative to transfer this case to the Western District of New York pursuant to 28 U.S.C. § 1404(a); and

PLEASE TAKE FURTHER NOTICE that, in support of this motion, defendant relies on the "Declaration of Laura DiPonzio Heise in Support of Motion to Dismiss or Transfer" and the "Memorandum of Law in Support of Defendant's Motion to Dismiss for Improper Venue Under

2

Rule 12(B)(3), or in the Alternative to Transfer Pursuant to 28 U.S.C. § 1404(a)" submitted herewith, together with all papers on file in this Court and cause.

DATED:  June 9, 2016
New York, New York

                                                  HOLLAND & KNIGHT LLP

                                                  *Attorneys for Defendant,*
                                                  *Rochester Institute of Technology*

                                                  By:  /s Charles A. Weiss
                                                         CHARLES A. WEISS

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the "Notice of Defendant's Motion to Dismiss for Improper Venue Under Rule 12(b)(3), or in the Alternative to Transfer Pursuant to 28 U.S.C. § 1404(a)," the "Memorandum of Law in Support of Motion to Dismiss for Improper Venue Under Rule 12(b)(3) or in the Alternative to Transfer Pursuant to 28 U.S.C. § 1404(a), and the "Declaration of Laura DiPonzio Heise in Support of Motion to Dismiss or Transfer" have been served on all counsel of record in accordance with the Court's electronic filing procedures on June 9, 2016.

By: /s Charles A. Weiss
    CHARLES A. WEISS